**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
-----------------------------------------------------------------X

MATHIEU NZOUNKEU and ALICE NJUPTCHUI,

                            Plaintiffs,         20-cv-05429 (SDW) (AME)

      -against-

PATRICE NOUMA,                               **Notice of Motion**

                            Defendant.

-----------------------------------------------------------------X

     PLEASE TAKE NOTICE that upon the annexed declaration of Corey Stark, together with the exhibits annexed thereto, and upon the accompanying memorandum of law, and upon all prior proceedings heretofore, Plaintiffs will move the Court for an order:

     1.    pursuant to Rule 55 of the Federal Rules of Civil Procedure granting a default judgment against Defendant;

     2.    restraining Defendant from making statements and posting on the internet or through other media that Nzounkeu had engaged in human sacrifices and high witchcraft known as "Famlah;" that Nzounkeu had extracted bones and organs from human graves; that Nzounkeu had removed digits from living persons; and that Nzounkeu had murdered any person and Njuptchui had lured numerous young men to hotels to murder them and harvest their organs; and

     3.    for such other and further relief as this Court deems just and proper.

Dated: New York, New York
April 16, 2021

                                          COREY STARK PLLC

                                          _/s/_____
                                          By: Corey Stark
                                          *Attorneys for Plaintiffs*
                                          110 East 59th Street, 22nd Floor
                                          New York, New York 10022
                                          (212) 324-3705