UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
----------------------------------------------------------------X

MATHIEU NZOUNKEU and ALICE NJUPTCHUI,

                         Plaintiffs,           20 Civ. 05429 (SDW) (AME)

     -against-

PATRICE NOUMA,                                **Order**

                         Defendant.

----------------------------------------------------------------X

      **THIS MATTER** having been opened to the Court by Corey Stark PLLC, attorneys for plaintiffs Mathieu Nzounkeu and Alice Njuptchui, on notice to defendant Patrice Nouma ("Defendant"), and for good cause shown;

      **IT IS** on this 18th day of May, 2021,

      ORDERED that Plaintiffs' motion for a default judgment is granted in its entirety and that Defendant is restrained and permanently enjoined from making statements and posting on the internet or through other media:

1) that Nzounkeu engaged in human sacrifices and high witchcraft known as "Famlah";

2) that Nzounkeu extracted bones and organs from human graves;

3) that Nzounkeu removed digits from living persons;

4) that Nzounkeu murdered any person; and

    that Njuptchui lured numerous young men to hotels to murder them and harvest their organs.

                                                    SO ORDERED

                                                    _____